784 A.2d 1242

IN THE MATTER OF JACQUELINE JASSNER
POQUETTE, AN ATTORNEY AT LAW.

November 21, 2001.

## ORDER

**JACQUELINE JASSNER POQUETTE,** formerly of **DEN-VILLE,** who was admitted to the bar of this State in 1985, and who thereafter was temporarily suspended from the practice of law by Order of this Court filed August 11, 2000, and who remains suspended at this time, having tendered her consent to disbarment as an attorney at law of the State of New Jersey, and good cause appearing;

It is ORDERED that **JACQUELINE JASSNER POQUETTE** is disbarred by consent, effective immediately; and it is further

ORDERED that respondent's name be stricken from the roll of attorneys and that she be permanently restrained and enjoined from practicing law; and it is further

ORDERED that respondent comply with *Rule* 1:20–20 dealing with disbarred attorneys.

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.